# United States Bankruptcy Court
## District of Vermont



Filed & Entered
On Docket
June 24, 2010

In re:
    Anna E. Carmichael
    Last four digits of Social−Security No or other Individual
    Taxpayer−Identification No (ITIN): xxx−xx−1590

    John R. Carmichael
    Last four digits of Social−Security No or other Individual
    Taxpayer−Identification No (ITIN): xxx−xx−9851
                              Debtor.

Case Number: 10−10180 cab
Chapter: 7

## FINAL DECREE

THE COURT FINDS that the estate of the above named debtor has been fully administered.

**IT IS ORDERED** that John R. Canney III is discharged as trustee of the above named debtor and the bond is cancelled.

The chapter 7 case of the above named debtor is closed as of the date of this order.

Dated: June 24, 2010

                                                        Colleen A. Brown
                                                        United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont
67 Merchants Row
P.O. Box 6648
Rutland, VT 05702−6648

Tel. (802) 776−2000
VCIS* (800) 260−9956
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 149 − pso