# United States Bankruptcy Court

## District of Vermont



Filed & Entered
On Docket
June 24, 2010

In re:
    Anna E. Carmichael
    Last four digits of Social−Security No or other Individual
    Taxpayer−Identification No (ITIN): xxx−xx−1590

    John R. Carmichael
    Last four digits of Social−Security No or other Individual
    Taxpayer−Identification No (ITIN): xxx−xx−9851
                           Debtor.

Case Number: 10−10180 cab
Chapter: 7

## FINAL DECREE

THE COURT FINDS that the estate of the above named debtor has been fully administered.

**IT IS ORDERED** that John R. Canney III is discharged as trustee of the above named debtor and the bond is cancelled.

The chapter 7 case of the above named debtor is closed as of the date of this order.

Dated: June 24, 2010

Colleen A. Brown
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont
67 Merchants Row
P.O. Box 6648
Rutland, VT 05702−6648

Tel. (802) 776−2000
VCIS* (800) 260−9956
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 149 − pso

# CERTIFICATE OF NOTICE

```
District/off: 0210-5          User: pso              Page 1 of 1            Date Rcvd: Jun 24, 2010
Case: 10-10180                Form ID: 149           Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 26, 2010.
db/db        +Anna E. Carmichael,   John R. Carmichael,   2017 East Road,   Shaftsbury, VT 05262-9792

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2010**                        **Signature:**  _Joseph Speetjens_